IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MARIA SALCIDO-CORRAL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-0094-W-HFS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For reasons set forth in the Government's Motion to Dismiss (Doc. 3), movant's motion for reduction of her sentence (Doc. 1) is DENIED. The motion to dismiss (Doc. 3) is GRANTED.

Regarding her expectations that the sentence would be reduced, because of cooperation, the agreement plainly stated that the prosecution evaluation of "substantial assistance" was to be made solely by the prosecutor, not by the judge. This is in accordance with law governing such motions. The court has no authority to grant relief without a motion from the Government.

Any request for a certificate of appealability will be DENIED.

                                            /s/Howard F. Sachs
                                            HOWARD F. SACHS
                                            UNITED STATES DISTRICT JUDGE

March 13, 2012

Kansas City, Missouri